UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOANN GATEN JAMES, ET AL.                CIVIL ACTION

VERSUS                                   NUMBER: 08-4480

MICHAEL J. ASTRUE,                       SECTION: "I"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

O R D E R

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's case is remanded to the Commissioner pursuant to sentence six of 42 U.S.C. §405(g).

New Orleans, Louisiana, this 4th day of September, 2009.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE