```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**JOANN GATEN JAMES, substituted**                              CIVIL ACTION
**party for minor child,**
**D.D.G., deceased**

**VERSUS**                                                       NUMBER: 08-4480

**MICHAEL J. ASTRUE,**                                           SECTION: "I"(5)
**COMMISSIONER OF SOCIAL SECURITY**
**ADMINISTRATION**

## O R D E R

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion for summary judgment is **DENIED** and that defendant's motion for summary judgment is **GRANTED**.

New Orleans, Louisiana, this 7th day of March, 2013.

```
                                    _____
                                         LANCE M. AFRICK
                                    UNITED STATES DISTRICT JUDGE
```